———◆———

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of adultery, and upon a plea of guilty before the court without a jury, her punishment was assessed by the court at a fine of $250.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

———◆———

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area; the punishment, a fine of $250.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

**ERVIN v. STATE.**

No. 26569.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

**EDWARDS v. STATE.**

No. 26568.

Court of Criminal Appeals of Texas.

Nov. 3, 1953.

